The Honorable Marc Barreca
Chapter 13
Hearing Date: October 7, 2010
Hearing Time: 9:30 a.m.
Hearing Location: US Courthouse, Seattle WA
Response Due: **September 30, 2010**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

GREGORY W. RISTAU and LOURDES RISTAU,

          Debtor(s).

Case No.  08-16105-MLB

Chapter 13

PROOF OF SERVICE OF OBJECTION, DECLARATION AND PROPOSED ORDER

I, Aric J. Wong, under penalty of perjury, declare that on the dates indicated below, I caused a copy of the following documents to be served on the parties listed below via United States First Class Mail and/or ECF:

*Debtor's Note for Objection to Claim,*

*Objection to Claim of Specialized Loan Servicing, LLC, Claim No. 2*

*Declaration of Debtor in Support of Same,* and

*Proposed Order Disallowing Claim of Specialized Loan Servicing, LLC – Claim No. 2*

SEATTLE DEBT LAW, LLC
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206)447-0115

<u>Via United States First Class Certified Mail on September 3, 2010:</u>

> GE Money Bank
> c/o Office Manager
> Recovery Management Systems Corp
> 25 SE 2nd Ave #1120
> Miami, FL 33131-1605

> Moss Codilis LLP on behalf of Special Request Specialized Loan Servicing
> 6560 Greenwood Plaza Blvd Ste 100
> Englewood, CO 80111
> 303-799-6966

> WA Department of Revenue
> 2101 4th Ave, Ste 1400
> Seattle, WA 98121

<u>Via ECF on September 3, 2010:</u>

| | |
|---|---|
| K Michael Fitzgerald | courtmail@seattlech13.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |
| Matthew R Cleverley | matthew.cleverley@fnf.com |
| Kennard M Goodman | kgoodman@bwmlegal.com, |
| | bankruptcy@bwmlegal.com |
| | dtrautman@bwmlegal.com |
| Ann T Marshall | amarshall@bwmlegal.com, |
| | bankruptcy@bwmlegal.com |
| | dtrautman@bwmlegal.com |
| Aaron Masser | ecf@rcolegal.com |

    I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

SEATTLE DEBT LAW, LLC
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Executed this 3rd day of September, 2010 at Seattle, Washington.

_/s/ Aric J. Wong_
Aric J. Wong

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115