The Honorable Marc Barreca<br>
Chapter 13<br>
Hearing Date: October 7, 2010<br>
Hearing Time: 9:30 a.m.<br>
Hearing Location: US Courthouse, Seattle WA<br>
Response Due: **September 30, 2010**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>GREGORY W. RISTAU and LOURDES RISTAU,<br><br>Debtor(s). | Bankruptcy No. 08-16105-MLB<br><br>Chapter 13<br><br>ORDER DISALLOWING CLAIM OF SPECIALIZED LOAN SERVICING, LLC - CLAIM NO. 2<br><br>DENIED WITHOUT PREJUDICE |

THIS MATTER came before this Court upon Gregory W. Ristau and Lourdes Ristau's ("Debtors"), by and through their attorney Christina Latta Henry, motion for an Order Disallowing Claim No. 2 of Specialized Loan Servicing, LLC. (hereinafter "SLS"), ~~it appearing that all interested parties have received notice and that no objections to the motion were filed~~ now therefore, it is hereby

ORDERED that ~~SLS' Claim No. 2 is disallowed.~~ the motion for an Order Disallowing Claim No. 2 is denied without prejudice due to improper service per Docket #23.

DATED THIS _____ day of October, 2010.

~~PROPOSED ORDER DISALLOWING CLAIM 9 - 1~~
(000032)

**SEATTLE DEBT LAW, LLC**<br>
705 2ND AVE, SUITE 1050<br>
SEATTLE, WASHINGTON 98104<br>
telephone (206) 324-6677<br>
fax (206)447-0115

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC


By:   */s/ Christina Latta Henry*
      Christina Latta Henry, WSBA 31273
      Attorney for Debtors

PROPOSED ORDER DISALLOWING CLAIM 9-2
(000032)

**S**EATTLE **D**EBT **L**AW**,** LLC
705 2ND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115